UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA HANCOCK, | ) | |
| | ) | CASE NO. 2:07 cv 1200 |
| Plaintiff | ) | |
| | ) | JUDGE SARGUS |
| vs. | ) | |
| | ) | MAGISTRATE JUDGE KING |
| BIOSCRIP, INC., | ) | |
| | ) | STIPULATED ENTRY OF DISMISSAL |
| Defendant | ) | WITH PREJUDICE |
| | ) | |

We the attorneys for Plaintiff Patricia Hancock and Defendant BioScrip, Inc. do hereby stipulate to dismissal of the claims in Plaintiff's Complaint, in their entirety, with prejudice. Each party will bear its own costs.

_____  4-23 2008
United States District Court Judge

s/ Kyle J. Stroh by s/ Rebecca B. Jacobs
per e-mail authorization
Kyle J. Stroh (0070771)
Michael K. Fultz (0076795)
Metz, Bailey & McLoughlin
33 East Schrock Road
Westerville, Ohio 43081
(614) 882-2327
(614) 882-5150 (fax)
kstroh@metzbailey.com
mfultz@metzbailey.com

John S. Marshall (0015160)
Edward R. Forman (0076651)
Marshall & Morrow LLC
111 W. Rich Street, Suite 430
Columbus, Ohio 43215-5296
(614) 463-9790
marshall@ee.net
eforman@ee.net
Attorneys for Plaintiff Patricia Hancock

1

/s Rebecca B. Jacobs
Alexander M. Andrews (0025350)
Rebecca B. Jacobs (0068467)
ULMER & BERNE LLP
88 East Broad Street, Suite 1600
Columbus, Ohio 43215-3506
(614) 229-0000
(614) 229-0001 (fax)
aandrews@ulmer.com
rjacobs@ulmer.com

Trial Attorneys for Defendant BioScrip, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants.

Kyle J. Stroh
Michael K. Fultz
Metz, Bailey & McLoughlin
33 East Schrock Road
Westerville, Ohio 43081

John S. Marshall
Edward R. Forman
Marshall and Morrow LLC
Bicentennial Plaza
111 West Rich Street, Suite 430
Columbus, Ohio 43215-5296

Louis A. Jacobs, of Counsel
66871 Rayo Del Sol
Desert Hot Springs, CA 92240-1871

Attorneys for Plaintiff Patricia Hancock

s/ Rebecca B. Jacobs
Rebecca B. Jacobs        (0068467)
ULMER & BERNE LLP
Trial Attorneys for Defendant BioScrip, Inc.